*Wm. Aikman* and others, representing other property owners, also opposed the proceeding.

---

## Superior Court of Detroit.—In Chancery.

### CORNELIA M. KLEIN vs. MARTIN KLEIN.

*Divorce—Custody of Children—Habeas Corpus—Service of Writ—Order to Show Cause.*

The original writ of *habeas corpus* should be served—not a copy.

In 1881 the complainant obtained a divorce from her husband on the ground of extreme cruelty. (47 Mich. 518.)

The wife was decreed the custody of the children. The husband refusing to deliver them up, the wife attempted to gain possession by means of a writ of *habeas corpus.*

The Court, CHIPMAM, J.: Held that the service of the writ having been by copy, the service was void.

The court intimated that an order that defendant

show cause why he should not be punished for contempt, was the proper remedy.

(October, 1883.)

*Otto Kirchner* for Complainant.

*Alfred E. Hawes* for Defendant.